UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MARTHA SANDEFUR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-552 |
| | ) | JUDGE CRENSHAW |
| YATES SERVICES, LLC, | ) | |
| Defendant. | ) | |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, Yates Services LLC's motion for summary judgment (Doc. No. 22) is **GRANTED**. Defendant's motion for leave to file document under seal (Doc. No. 33) is **GRANTED.** Defendant's motion in limine (Doc. No. 40) is **DENIED AS MOOT**.

The pretrial conference on June 27, 2016 and the trial set for July 19, 2016 are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE